# Exhibit B

**4865**

**THE NEW FOOD GUY, INC.**
**D8A RELISH CATERING & EVENTS**
7860 W. 16TH AVE.
LAKEWOOD, CO 80214
(303) 727-9200

Wells Fargo Bank, N.A.

23-7-1020

L/Shield™ Check Fraud
Protection for Business

10/18/2013

PAY TO THE
ORDER OF    Bridgette M Perkins

$ **204.10

Two Hundred Four and 10/100*************************************************************************************************

DOLLARS

Security features. Details on back.

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

MEMO

AUTHORIZED SIGNATURE

Pay Period: 09/29/2013 - 10/12/2013

⑈004865⑈ ⑆102000076⑆ 889162264 2⑈

---

**THE NEW FOOD GUY, INC.**

**4865**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra | |
|---|---|---|---|---|---|---|---|---|---|
| Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017 | | | | | ***-**-8638 | Single/Single | | Fed-3/0/CO-3/0 | |
| | | | | | Pay Period: 09/29/2013 - 10/12/2013 | | | Pay Date: 10/18/2013 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 18:25 | 12.00 | 221.00 | 221.00 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Federal Withholding | | 0.00 | |
| Social Security Employee | | -13.70 | -13.70 |
| Medicare Employee | | -3.20 | -3.20 |
| CO - Withholding | | 0.00 | |
| | | -16.90 | -16.90 |
| Net Pay | | 204.10 | 204.10 |

The Food Guy, 7860 West 16th Avenue, Lakewood, CO 80214-6004, THE NEW FOOD GUY

**THE NEW FOOD GUY, INC.**

**4865**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra | |
|---|---|---|---|---|---|---|---|---|---|
| Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017 | | | | | ***-**-8638 | Single/Single | | Fed-3/0/CO-3/0 | |
| | | | | | Pay Period: 09/29/2013 - 10/12/2013 | | | Pay Date: 10/18/2013 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 18 25 | 12.00 | 221.00 | 221.00 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Federal Withholding | | 0.00 | |
| Social Security Employee | | -13.70 | -13.70 |
| Medicare Employee | | -3.20 | -3.20 |
| CO - Withholding | | 0.00 | |
| | | -16.90 | -16.90 |
| Net Pay | | 204.10 | 204.10 |

The Food Guy, 7860 West 16th Avenue, Lakewood, CO 80214-6004, THE NEW FOOD GUY

PRODUCT DLT104    USE WITH 91663 ENVELOPE

0733

4893

**THE NEW FOOD GUY, INC.**
**DBA RELISH CATERING & EVENTS**
7860 W. 16TH AVE.
LAKEWOOD, CO 80214
(303) 727-9200

Wells Fargo Bank, N.A.

23-7-1020

11/1/2013

IZShield™ Check Fraud
Protection for Business

PAY TO THE
ORDER OF    Bridgette M Perkins

$ **511.80

Five Hundred Eleven and 80/100**********************************************************************************

DOLLARS

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

MEMO
Pay Period: 10/13/2013 - 10/26/2013

AUTHORIZED SIGNATURE

⑈004893⑈ ⑆102000076⑇ 889162264 2⑈

---

**THE NEW FOOD GUY, INC.**

4893

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Bridgette M Perkins, 1168 S Rifle Circle, Aurora  CO 80017 | | | | | ***-**-8638 | Single/Single | | Fed-3/0/CO-3/0 |
| | | | | | Pay Period: 10/13/2013 - 10/26/2013 | | | Pay Date: 11/01/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 46:11 | 12.00 | 554.20 | 775.20 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | |
| Social Security Employee | -34.36 | -48.06 |
| Medicare Employee | -8.04 | -11.24 |
| CO - Withholding | 0.00 | |
| | -42.40 | -59.30 |

| Net Pay | 511.80 | 715.90 |
|---|---|---|

The Food Guy, 7860 West 16th Avenue, Lakewood, CO 80214-6004, THE NEW FOOD GUY

**THE NEW FOOD GUY, INC.**

4893

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017 | | | | | ***-**-8638 | Single/Single | | Fed-3/0/CO-3/0 |
| | | | | | Pay Period: 10/13/2013 - 10/26/2013 | | | Pay Date: 11/01/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 46 11 | 12.00 | 554.20 | 775.20 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | |
| Social Security Employee | -34.36 | -48.06 |
| Medicare Employee | -8.04 | -11.24 |
| CO - Withholding | 0.00 | |
| | -42.40 | -59.30 |

| Net Pay | 511.80 | 715.90 |
|---|---|---|

The Food Guy, 7860 West 16th Avenue, Lakewood, CO 80214-6004, THE NEW FOOD GUY

4919

**THE NEW FOOD GUY, INC.**
**DBA RELISH CATERING & EVENTS**
7860 W. 16TH AVE.
LAKEWOOD, CO 80214
(303) 727-9200

Wells Fargo Bank, N.A.

23-7-1020

11/15/2013

PAY TO THE
ORDER OF   Bridgette M Perkins

$ **339.29

Three Hundred Thirty-Nine and 29/100*********************************************************************

DOLLARS

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

MEMO

AUTHORIZED SIGNATURE

Pay Period: 10/27/2013 - 11/09/2013

⑈004919⑈ ⑆102000076⑆ 88916 2264 2⑈

---

**THE NEW FOOD GUY, INC.**

4919

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017 | | | | | ***-**-8638 | Single/Single | | Fed-3/0/CO-3/0 |
| | | | | | Pay Period 10/27/2013 - 11/09/2013 | | | Pay Date: 11/15/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 30:37 | 12.00 | 367.40 | 1,142.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | |
| Social Security Employee | -22.78 | -70.84 |
| Medicare Employee | -5.33 | -16.57 |
| CO - Withholding | 0.00 | |
| | -28.11 | -87.41 |
| Net Pay | 339.29 | 1,055.19 |

The Food Guy, 7860 West 16th Avenue, Lakewood, CO 80214-6004, THE NEW FOOD GUY

**THE NEW FOOD GUY, INC.**

4919

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017 | | | | | ***-**-8638 | Single/Single | | Fed-3/0/CO-3/0 |
| | | | | | Pay Period 10/27/2013 - 11/09/2013 | | | Pay Date: 11/15/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 30:37 | 12.00 | 367.40 | 1,142.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | |
| Social Security Employee | -22.78 | -70.84 |
| Medicare Employee | -5.33 | -16.57 |
| CO - Withholding | 0.00 | |
| | -28.11 | -87.41 |
| Net Pay | 339.29 | 1,055.19 |

The Food Guy, 7860 West 16th Avenue, Lakewood, CO 80214-6004, THE NEW FOOD GUY

PRODUCT DLT104     USE WITH 91663 ENVELOPE

0841

5031

**THE NEW FOOD GUY, INC.**
**DBA RELISH CATERING & EVENTS**
7860 W. 16TH AVE.
LAKEWOOD, CO 80214
(303) 727-9200

Wells Fargo Bank, N.A.

23-7-1020

EZShield™ Check Fraud Protection for Business

11/29/2013

PAY TO THE
ORDER OF   Bridgette M Perkins

$   **173.44

One Hundred Seventy-Three and 44/100**************************************************************************

DOLLARS

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

MEMO

AUTHORIZED SIGNATURE

Pay Period: 11/10/2013 - 11/23/2013

⑈"005031"⑈   ⑊⑈102000076⑊⑈   88916226 42"⑈

---

**THE NEW FOOD GUY, INC.**

5031

Employee
Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017

SSN
***-**-8638
Pay Period: 11/10/2013 - 11/23/2013                     Pay Date: 11/29/2013

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 15:39 | 12.00 | 187.80 | 1,330.40 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | |
| Social Security Employee | | | -11.64 | -82.48 |
| Medicare Employee | | | -2.72 | -19.29 |
| CO - Withholding | | | 0.00 | |
| | | | -14.36 | -101.77 |

| Net Pay | | | 173.44 | 1,228.63 |

| Paid Time Off | | | YTD Used | Available |
|---|---|---|---|---|
| Sick | | | | 0:00 |
| Vacation | | | | 0:00 |

The Food Guy, 7860 West 16th Avenue, Lakewood, CO 80214-6004, THE NEW FOOD GUY

---

**THE NEW FOOD GUY, INC.**

5031

Employee
Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017

SSN
***-**-8638
Pay Period: 11/10/2013 - 11/23/2013                     Pay Date: 11/29/2013

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 15:39 | 12.00 | 187.80 | 1,330.40 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | |
| Social Security Employee | | | -11.64 | -82.48 |
| Medicare Employee | | | -2.72 | -19.29 |
| CO - Withholding | | | 0.00 | |
| | | | -14.36 | -101.77 |

| Net Pay | | | 173.44 | 1,228.63 |

| Paid Time Off | | | YTD Used | Available |
|---|---|---|---|---|
| Sick | | | | 0:00 |
| Vacation | | | | 0:00 |

The Food Guy, 7860 West 16th Avenue, Lakewood, CO 80214-6004, THE NEW FOOD GUY

PRODUCT DLT104     USE WITH 91663 ENVELOPE

4972

**THE NEW FOOD GUY, INC.**
**DBA RELISH CATERING & EVENTS**
7860 W. 16TH AVE.
LAKEWOOD, CO 80214
(303) 727-9200

Wells Fargo Bank, N.A.

23-7-1020

12/13/2013

NOT NEGOTIABLE

PAY TO THE
ORDER OF     Bridgette M Perkins

$  **258.58

Two Hundred Fifty-Eight and 58/100*********************************************************************

DOLLARS

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

MEMO

AUTHORIZED SIGNATURE

Pay Period: 11/24/2013 - 12/07/2013

⑈004972⑈ ⑆102000076⑆ 889162264 2⑈

---

**THE NEW FOOD GUY, INC.**

4972

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017 | | | | | ***-**-8638 | Single/Single | | Fed-3/0/CO-3/0 |
| | | | | | Pay Period: 11/24/2013 - 12/07/2013 | | | Pay Date: 12/13/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 23:20 | 12.00 | 280.00 | 1,610.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | |
| Social Security Employee | -17.36 | -99.84 |
| Medicare Employee | -4.06 | -23.35 |
| CO - Withholding | 0.00 | |
| | -21.42 | -123.19 |

| Net Pay | 258.58 | 1,487.21 |
|---|---|---|

The Food Guy, 7860 West 16th Avenue, Lakewood, CO 80214-6004, THE NEW FOOD GUY

**THE NEW FOOD GUY, INC.**

4972

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Bridgette M Perkins, 1168 S Rifle Circle. Aurora, CO 80017 | | | | | ***-**-8638 | Single/Single | | Fed-3/0/CO-3/0 |
| | | | | | Pay Period: 11/24/2013 - 12/07/2013 | | | Pay Date: 12/13/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 23:20 | 12.00 | 280.00 | 1,610.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | |
| Social Security Employee | -17.36 | -99.84 |
| Medicare Employee | -4.06 | -23.35 |
| CO - Withholding | 0.00 | |
| | -21.42 | -123.19 |

| Net Pay | 258.58 | 1,487.21 |
|---|---|---|

The Food Guy, 7860 West 16th Avenue, Lakewood, CO 80214-6004, THE NEW FOOD GUY

PRODUCT DLT104     USE WITH 91663 ENVELOPE

0947

5014

**THE NEW FOOD GUY, INC.**
**DBA RELISH CATERING & EVENTS**
7860 W. 16TH AVE.
LAKEWOOD, CO 80214
(303) 727-9200

Wells Fargo Bank, N.A.

23-7-1020

(by) U-Sheck™ Check Fraud
Protection for Business

12/27/2013

PAY TO THE
ORDER OF    Bridgette M Perkins

$  **533.78

Five Hundred Thirty-Three and 78/100********************************************************************************

DOLLARS

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

MEMO

AUTHORIZED SIGNATURE

Pay Period: 12/08/2013 - 12/21/2013

⑊"005014⑊"  ⑊:102000076⑊:  88916 2264 2⑊"

---

**THE NEW FOOD GUY, INC.**

5014

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Bridgette M Perkins, 1168 S Rifle Circle, Aurora  CO 80017 | | | | | ***-**-8638 | Single/Single | | Fed-3/0/CO-3/0 |
| | | | | | Pay Period: 12/08/2013 - 12/21/2013 | | | Pay Date: 12/27/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 48:10 | 12.00 | 578.00 | 2,188.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | |
| Social Security Employee | -35.84 | -135.68 |
| Medicare Employee | -8.38 | -31.73 |
| CO - Withholding | 0.00 | |
| | -44.22 | -167.41 |
| Net Pay | 533.78 | 2,020.99 |

The Food Guy, 7860 West 16th Avenue, Lakewood, CO 80214 6004  THE NEW FOOD GUY

---

**THE NEW FOOD GUY, INC.**

5014

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Bridgette M Perkins, 1168 S Rifle Circle, Aurora  CO 80017 | | | | | ***-**-8638 | Single/Single | | Fed-3/0/CO-3/0 |
| | | | | | Pay Period: 12/08/2013 - 12/21/2013 | | | Pay Date: 12/27/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 48:10 | 12.00 | 578.00 | 2,188.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | |
| Social Security Employee | -35.84 | -135.68 |
| Medicare Employee | -8.38 | -31.73 |
| CO - Withholding | 0.00 | |
| | 44.22 | -167.41 |
| Net Pay | 533.78 | 2,020.99 |

The Food Guy, 7860 West 16th Avenue, Lakewood, CO 80214-6004, THE NEW FOOD GUY

PRODUCT DLT104     USE WITH 91663 ENVELOPE

The Food Guy
7860 West 16th Avenue
Lakewood, CO 80214-6004

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

Direct Deposit

---

**Employee Pay Stub**            Check number: 6335                    Pay Period: 02/16/2014 - 03/01/2014            Pay Date: 03/07/2014

**Employee**

Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Hourly-wait staff | 11:13 | 12.00 | 134.60 | 134.60 | Checking - ********0763 | | | 124.30 |

| Taxes | Current | YTD Amount | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|
| Federal Withholding | 0.00 | 0.00 | Sick | 0:00 | | 0:00 |
| Social Security Employee | -8.35 | -8.35 | Vacation | 0:00 | | 0:00 |
| Medicare Employee | -1.95 | -1.95 | | | | |
| CO - Withholding | 0.00 | 0.00 | **Memo** | | | |
| | -10.30 | -10.30 | Direct Deposit | | | |
| **Net Pay** | **124.30** | **124.30** | | | | |

---

The Food Guy
7860 West 16th Avenue
Lakewood, CO 80214-6004

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

Direct Deposit

---

**Employee Pay Stub**                   Check number: 6371                    Pay Period: 03/02/2014 - 03/15/2014                 Pay Date: 03/21/2014

**Employee**

Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hourly-wait staff | 5:58 | 12.00 | 71.60 | 206.20 | | Checking - ********0763 | | | 66.13 |
| **Taxes** | | | **Current** | **YTD Amount** | | **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
| Federal Withholding | | | 0.00 | 0.00 | | Sick | 0:00 | | 0:00 |
| Social Security Employee | | | -4.43 | -12.78 | | Vacation | 0:00 | | 0:00 |
| Medicare Employee | | | -1.04 | -2.99 | | | | | |
| CO - Withholding | | | 0.00 | 0.00 | | **Memo** | | | |
| | | | -5.47 | -15.77 | | Direct Deposit | | | |
| **Net Pay** | | | **66.13** | **190.43** | | | | | |

---

The Food Guy
7860 West 16th Avenue
Lakewood, CO 80214-6004

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

Direct Deposit

---

**Employee Pay Stub**          Check number: 6411          Pay Period: 03/16/2014 - 03/29/2014          Pay Date: 04/04/2014

**Employee**

Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hourly-wait staff | 13:35 | 12.00 | 163.00 | 369.20 | | Checking - ********0763 | | | 150.53 |
| **Taxes** | | | **Current** | **YTD Amount** | | **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
| Federal Withholding | | | 0.00 | 0.00 | | Sick | 0:00 | | 0:00 |
| Social Security Employee | | | -10.11 | -22.89 | | Vacation | 0:00 | | 0:00 |
| Medicare Employee | | | -2.36 | -5.35 | | | | | |
| CO - Withholding | | | 0.00 | 0.00 | | **Memo** | | | |
| | | | -12.47 | -28.24 | | Direct Deposit | | | |
| **Net Pay** | | | **150.53** | **340.96** | | | | | |

The Food Guy
7860 West 16th Avenue
Lakewood, CO 80214-6004

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

Direct Deposit

---

**Employee Pay Stub**          Check number: 5                    Pay Period: 03/30/2014 - 04/12/2014          Pay Date: 04/18/2014

**Employee**

Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hourly-wait staff | 13:22 | 12.00 | 160.40 | 529.60 | | Checking - *******0763 | | | 148.12 |

| Taxes | Current | YTD Amount | | Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|
| Federal Withholding | 0.00 | 0.00 | | Sick | 0:00 | | 0:00 |
| Social Security Employee | -9.95 | -32.84 | | Vacation | 0:00 | | 0:00 |
| Medicare Employee | -2.33 | -7.68 | | | | | |
| CO - Withholding | 0.00 | 0.00 | | **Memo** | | | |
| | -12.28 | -40.52 | | Direct Deposit | | | |
| **Net Pay** | **148.12** | **489.08** | | | | | |

---

The Food Guy
7860 West 16th Avenue
Lakewood, CO 80214-6004

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

Direct Deposit

---

**Employee Pay Stub**                    Check number: 45                    Pay Period: 04/27/2014 - 05/10/2014                    Pay Date: 05/16/2014

**Employee**

Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hourly-wait staff | 2:58 | 12.00 | 35.60 | 565.20 | | Checking - ********0763 | | | 32.88 |
| | | | Current | YTD Amount | | Paid Time Off | Earned | YTD Used | Available |
| **Taxes** | | | | | | Sick | 0:00 | | 0:00 |
| Federal Withholding | | | 0.00 | 0.00 | | Vacation | 0:00 | | 0:00 |
| Social Security Employee | | | -2.20 | -35.04 | | **Memo** | | | |
| Medicare Employee | | | -0.52 | -8.20 | | Direct Deposit | | | |
| CO - Withholding | | | 0.00 | 0.00 | | | | | |
| | | | -2.72 | -43.24 | | | | | |
| **Net Pay** | | | 32.88 | 521.96 | | | | | |

---

The Food Guy
7860 West 16th Avenue
Lakewood, CO 80214-6004

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

Direct Deposit

---

**Employee Pay Stub**  Check number: 6  Pay Period: 05/11/2014 - 05/24/2014  Pay Date: 05/30/2014

**Employee**

Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 33:11 | 12.00 | 398.20 | 963.40 |

| Direct Deposit | Amount |
|---|---|
| Checking - *********0763 | 367.74 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -24.69 | -59.73 |
| Medicare Employee | -5.77 | -13.97 |
| CO - Withholding | 0.00 | 0.00 |
| | -30.46 | -73.70 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

**Memo**

Direct Deposit

| Net Pay | 367.74 | 889.70 |
|---|---|---|

The Food Guy
7860 West 16th Avenue
Lakewood, CO 80214-6004

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

Direct Deposit

**Employee Pay Stub**          Check number: 34          Pay Period: 05/25/2014 - 06/07/2014          Pay Date: 06/13/2014

**Employee**

Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hourly-wait staff | 8:23 | 12.00 | 100.60 | 1,064.00 | | Checking - *********0763 | | | 92.90 |
| **Taxes** | | | Current | YTD Amount | | **Paid Time Off** | Earned | YTD Used | Available |
| Federal Withholding | | | 0.00 | 0.00 | | Sick | 0:00 | | 0:00 |
| Social Security Employee | | | -6.24 | -65.97 | | Vacation | 0:00 | | 0:00 |
| Medicare Employee | | | -1.46 | -15.43 | | | | | |
| CO - Withholding | | | 0.00 | 0.00 | | **Memo** | | | |
| | | | -7.70 | -81.40 | | Direct Deposit | | | |
| **Net Pay** | | | 92.90 | 982.60 | | | | | |

The Food Guy
7860 West 16th Avenue
Lakewood, CO 80214-6004

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

Direct Deposit

---

**Employee Pay Stub**                 Check number: 28           Pay Period: 06/08/2014 - 06/21/2014            Pay Date: 06/27/2014

**Employee**

Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 8:28 | 12.00 | 101.60 | 1,165.60 |

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - *********0763 | | | 93.83 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -6.30 | -72.27 |
| Medicare Employee | -1.47 | -16.90 |
| CO - Withholding | 0.00 | 0.00 |
| | -7.77 | -89.17 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

**Memo**

Direct Deposit

| Net Pay | 93.83 | 1,076.43 |
|---|---|---|

The Food Guy
7860 West 16th Avenue
Lakewood, CO 80214-6004

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

Direct Deposit

---

**Employee Pay Stub**  Check number: 23  Pay Period: 07/06/2014 - 07/19/2014  Pay Date: 07/25/2014

**Employee**

Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Hourly-wait staff | 39:32 | 12.00 | 474.40 | 1,640.00 | Checking - ********0763 | | | 438.11 |
| **Taxes** | | | **Current** | **YTD Amount** | **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
| Federal Withholding | | | 0.00 | 0.00 | Sick | 0:00 | | 0:00 |
| Social Security Employee | | | -29.41 | -101.68 | Vacation | 0:00 | | 0:00 |
| Medicare Employee | | | -6.88 | -23.78 | **Memo** | | | |
| CO - Withholding | | | 0.00 | 0.00 | Direct Deposit | | | |
| | | | -36.29 | -125.46 | | | | |
| **Net Pay** | | | **438.11** | **1,514.54** | | | | |

---

The Food Guy, 7860 West 16th Avenue, Lakewood, CO 80214-6004, THE NEW FOOD GUY

The Food Guy
7860 West 16th Avenue
Lakewood, CO 80214-6004

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

Direct Deposit

**Employee Pay Stub**          Check number: 19          Pay Period: 07/20/2014 - 08/02/2014          Pay Date: 08/08/2014

**Employee**

Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hourly-wait staff | 46:00 | 12.00 | 552.00 | 2,192.00 | | Checking - *********0763 | | | 511.43 |
| Overtime (x1.5) hourly | 0:06 | 18.00 | 1.80 | 1.80 | | | | | |
| | 46:06 | | 553.80 | 2,193.80 | | **Paid Time Off** | Earned | YTD Used | Available |
| **Taxes** | | | Current | YTD Amount | | Sick | 0:00 | | 0:00 |
| Federal Withholding | | | 0.00 | 0.00 | | Vacation | 0:00 | | 0:00 |
| Social Security Employee | | | -34.34 | -136.02 | | **Memo** | | | |
| Medicare Employee | | | -8.03 | -31.81 | | Direct Deposit | | | |
| CO - Withholding | | | 0.00 | 0.00 | | | | | |
| | | | -42.37 | -167.83 | | | | | |
| **Net Pay** | | | **511.43** | **2,025.97** | | | | | |

The Food Guy
7860 West 16th Avenue
Lakewood, CO 80214-6004

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

Direct Deposit

**Employee Pay Stub**          Check number: 64                     Pay Period: 08/03/2014 - 08/16/2014          Pay Date: 08/22/2014

**Employee**

Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 27:34 | 12.00 | 330.80 | 2,522.80 |
| Overtime (x1.5) hourly | | | | 1.80 |
| | 27:34 | | 330.80 | 2,524.60 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |
| Social Security Employee | | | -20.51 | -156.53 |
| Medicare Employee | | | -4.80 | -36.61 |
| CO - Withholding | | | 0.00 | 0.00 |
| | | | -25.31 | -193.14 |

| Net Pay | | | 305.49 | 2,331.46 |
|---|---|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Checking - ********0763 | 305.49 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

**Memo**

Direct Deposit

The Food Guy
7860 West 16th Avenue
Lakewood, CO 80214-6004


Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017


Direct Deposit

---

**Employee Pay Stub**                 Check number: 33                     Pay Period: 08/17/2014 - 08/30/2014              Pay Date: 09/05/2014

**Employee**

Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 42:36 | 12.00 | 511.20 | 3,034.00 |
| Overtime (x1.5) hourly | | | | 1.80 |
| | 42:36 | | 511.20 | 3,035.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -31.69 | -188.22 |
| Medicare Employee | -7.41 | -44.02 |
| CO - Withholding | 0.00 | 0.00 |
| | -39.10 | -232.24 |

| **Net Pay** | **472.10** | **2,803.56** |

| Direct Deposit | Amount |
|---|---|
| Checking - ********0763 | 472.10 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

**Memo**

Direct Deposit

---

The Food Guy
7860 West 16th Avenue
Lakewood, CO 80214-6004

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

Direct Deposit

---

**Employee Pay Stub**  Check number: 19  Pay Period: 08/31/2014 - 09/13/2014  Pay Date: 09/19/2014

**Employee**

Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly-wait staff | 45:57 | 12.00 | 551.40 | 3,585.40 |
| Overtime (x1.5) hourly | 0:36 | 18.00 | 10.80 | 12.60 |
|  | 46:33 |  | 562.20 | 3,598.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |
| Social Security Employee | | | -34.86 | -223.08 |
| Medicare Employee | | | -8.15 | -52.17 |
| CO - Withholding | | | 0.00 | 0.00 |
|  | | | -43.01 | -275.25 |

| **Net Pay** | | | **519.19** | **3,322.75** |

| Direct Deposit | | | | Amount |
|---|---|---|---|---|
| Checking - ********0763 | | | | 519.19 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

**Memo**

Direct Deposit

The Food Guy, 7860 West 16th Avenue, Lakewood, CO 80214-6004, THE NEW FOOD GUY

The Food Guy
7860 West 16th Avenue
Lakewood, CO 80214-6004

Bridgette M Perkins
1168 S Rifle Circle
Aurora, CO 80017

Direct Deposit

---

| **Employee Pay Stub** | | Check number: 61 | | | **Pay Period: 09/14/2014 - 09/27/2014** | | **Pay Date: 10/03/2014** |
|---|---|---|---|---|---|---|---|

| **Employee** | | **Status (Fed/State)** | **Allowances/Extra** |
|---|---|---|---|
| Bridgette M Perkins, 1168 S Rifle Circle, Aurora, CO 80017 | | Single/Single | Fed-3/0/CO-3/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Direct Deposit | | Amount |
|---|---|---|---|---|---|---|---|---|
| Hourly-wait staff | 11:25 | 12.00 | 137.00 | 3,722.40 | | Checking - ********0763 | | 142.04 |
| Overtime (x1.5) hourly | 0:56 | 18.00 | 16.80 | 29.40 | | **Memo** | | |
| | 12:21 | | 153.80 | 3,751.80 | | Direct Deposit | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | | |
| Federal Withholding | | | 0.00 | 0.00 | | | | |
| Social Security Employee | | | -9.53 | -232.61 | | | | |
| Medicare Employee | | | -2.23 | -54.40 | | | | |
| CO - Withholding | | | 0.00 | 0.00 | | | | |
| | | | -11.76 | -287.01 | | | | |
| **Net Pay** | | | **142.04** | **3,464.79** | | | | |

---