**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  January 22, 2016            Courtroom Deputy: Bernique Abiakam
Civil Case No.: 15-cv-01327-JLK       Court Reporter: Gwen Daniel

BRIDGETTE MARLOW, on behalf of herself     Brian D. Gonzales
and all similarly situated persons,

    Plaintiff,

v.

NEW FOOD GUY, INC., a Colorado           Jennifer L. Gokenbach
corporation, d/b/a Relish Catering & Events,
and BRETT TUCKER,

    Defendants.

---

## COURTROOM MINUTES

**In-Court Hearing**

**11:05 a.m.    Court in session.**

Court calls case.   Appearances of counsel.

Preliminary remarks by the Court.

11:07 a.m.    Argument by Ms. Gokenbach.

11:09 a.m.    Argument by Mr. Gonzales.

11:11 a.m.    Comments and rulings by the Court.

**ORDERED:**    Defendant's Motion For Protective Order (Filed 12/30/15; Doc. No. 35) is DENIED, as specified.  The deposition shall take place in Denver at the office of either counsel.   If counsel can't agree as to a location, the deposition will take place at the Alfred A. Arraj Courthouse, 901 19th Street, Denver, CO 80294, in the Jury room of Courtroom 802A. Deposition shall not be more than 4 hours.

**ORDERED:**    Ten days following the deposition, the Plaintiff shall respond to Defendants' Motion For Judgment On The Pleadings, Or In The Alternative, For Summary Judgment ( Filed 12/7/15; Doc. No. 31). The Defendant shall reply 10 days following the filing of the response.

*15-cv-01327-JLK-CBS*
*In-Court Hearing*
*January 22, 2016*

Oral argument and further discovery will take place after the motions have been ruled on.

**11:13 a.m.    Court in recess.**

**11:17 a.m.    Court in session.**

Further discussion regarding the scope of the depositions.

The Court advises counsel as to the specific scope of the deposition at issue.

**11:21 a.m.    Court in recess.**
Hearing concluded.
Total in-court time:   00:12