# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01327

**BRIDGETTE MARLOW**, on behalf of herself and all similarly situated persons,
Plaintiff,

v.

**THE NEW FOOD GUY, INC.**, and
**BRETT TUCKER**,

Defendants.

---

## ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION

**Kane, J.**

Plaintiff has moved for reconsideration of my order granting Defendants' motion for judgment on the pleadings (Doc. 43), on the grounds that the Ninth Circuit's decision in *Oregon Rest. and Lodging Ass'n v. Perez*, Nos. 13-35765, 14-15243, 2016 WL 706678 (9th Cir. Feb. 23, 2016) has limited the applicability of the authorities relied on by Defendants in support of their original motion. *See* Doc. 44. I do not find the reasoning of *Perez* persuasive, and it is not binding on this Court. See *Perez*, 2016 WL 706678 at *9-*12 (Smith, J., dissenting); *Brueningsen, et al. v. Resort Express Inc.*, No. 2:12-CV-843-DN, 2016 WL 1181683, at *2-*5 (D. Utah Mar. 25, 2016). Accordingly, Plaintiff's motion for reconsideration (Doc. 44) is **DENIED**.

Dated: April 4, 2016                              *s/ John L. Kane*
                                                  Senior U.S. District Judge